UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 10-3621 DSF (PJWx) | Date | 5/25/10 |
|---|---|---|---|
| Title | Robert Akopyan, et al. v. Hendrickson USA, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Action to Los Angeles Superior Court

The Court, on its own motion, REMANDS the action to the California Superior Court, Los Angeles. Defendant did not meet its burden of establishing that this Court has jurisdiction because it failed to allege its own citizenship adequately. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) ("like a partnership, an LLC is a citizen of every state of which its owners/members are citizens").

IT IS SO ORDERED.